1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR KENNEDY,<br><br>                              Plaintiff,<br><br>v.<br><br>CLIENT SERVICES, Inc.,<br><br>                              Defendant. | Case No.: 3:19-cv-00905-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS**<br><br>[Doc. No. 19.] |

On November 5, 2019, Plaintiff Edgar Kennedy and Defendant Client Services, Inc. filed a joint motion to dismiss the action with prejudice to the named plaintiff and without prejudice to the putative class. (Doc. No. 19.) The parties have shown good cause for their request. Accordingly, the Court grants the parties' motion and dismisses the case with prejudice to the named plaintiff and without prejudice to the putative class, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: November 13, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT